BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00365-GEB |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME AND SETTING MATTER FOR CHANGE OF PLEA |
| v. | |
| ADAN GUTIERREZ CRUZ, | |
| Defendant. | Judge: Hon. Garland E. Burrell |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior Order this matter was set for a Status Conference on August 2, 2013.

2. By this Stipulation, the defendant now moves to set this matter for a Change of Plea hearing on August 9, 2013, and to exclude time between August 2, 2013, and August 9, 2013, under Local Code T4.  The United States does not oppose this request.

///

Stipulation to Exclude Time            1            United States v. Cruz

3. The parties agree and stipulate, and request that the Court find the following:

   a. The defendant and defense counsel need further time to discuss the terms and consequences of the draft plea agreement between the parties.

   b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of August 2, 2013, to August 9, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: July 25, 2013             /s/ Justin L. Lee
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

DATED: July 25, 2013             /s/ Erin Radekin
                                 Erin Radekin
                                 Attorney for Defendant
                                 (as authorized on July 25, 2013)

IT IS SO FOUND AND ORDERED.

**Date: 7/29/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge