**FILED**

OCT 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00365-GEB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ADAN GUTIERREZ CRUZ, | |
| Defendant. | |

Since Defendant Adan Gutierrez Cruz was sentenced today to time served, Mr. Cruz shall be released from custody in this case.

Dated: 10/25/13

_/s/ Garland E. Burrell Jr._
Garland E. Burrell Jr.
United States District Judge

file copy

1