**FILED**

OCT 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAN GUTIERREZ CRUZ,<br><br>    Defendant. | No.  2:11-cr-00365-GEB<br><br>**ORDER** |

Since Defendant Adan Gutierrez Cruz was sentenced today to time served, Mr. Cruz shall be released from custody in this case.

Dated: 10/25/13

_/s/ Garland E. Burrell_
Garland E. Burrell Jr.
United States District Judge

file copy

1